UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARMICHAEL LODGE NO. 2103,
BENEVOLENT AND PROTECTIVE
ORDER OF ELKS OF THE UNITED
STATES OF AMERICA, a
California corporation,

        NO. CIV. S-07-2665 LKK/GGH

    Plaintiff,

  v.

        O R D E R

RONALD L. LEONARD dba RV TRAVEL
GUIDES, a California company,
and DOES 1 through 50,
inclusive,

    Defendants.

_____/

    The court is in receipt of the parties' joint stipulation to continue the hearing date for the plaintiff's noticed motion currently set for February 25, 2008. Pursuant to the joint stipulation, the court CONTINUES the hearing date to April 7, 2008 at 10:00 AM.

    The Opposition to plaintiff's Motion to Dismiss Counterclaims of Defendant Ronald L. Leonard shall be filed by Monday, February

1

1  11, 2008. A Reply, if any, shall be filed by Tuesday, February 19,
2  2008.
3       IT IS SO ORDERED.
4       DATED:  January 22, 2008.

```
                        /s/ Lawrence K. Karlton
                        LAWRENCE K. KARLTON
                        SENIOR JUDGE
                        UNITED STATES DISTRICT COURT
```

2