```
                    IN THE UNITED STATES DISTRICT COURT

                   FOR THE EASTERN DISTRICT OF CALIFORNIA

CARMICHAEL LODGE NO. 2103
BENEVOLENT AND PROTECTIVE
ORDER OF ELKS OF THE
UNITED STATES OF AMERICA
a California corporation,
                                        NO. CIV. S-07-2665 LKK GGH
        Plaintiff,

    v.

RONALD L. LEONARD, dba RV
TRAVEL GUIDES, a California
company, and DOES 1 through
50, inclusive,

        Defendants.
_____/
CARMICHAEL LODGE NO. 2103
BENEVOLENT AND PROTECTIVE
ORDER OF ELKS OF THE
UNITED STATES OF AMERICA
a California corporation,

                Plaintiff,

        v.                      NO.  CIV. NO. S-08-1669 MCE/KJM

RONALD L. LEONARD dba RV
TRAVEL GUIDES, a California
company,

                                        RELATED CASE ORDER
        Defendants.
_____/
```

Examination of the above-entitled actions reveals that these two (2) actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve the same plaintiff, are based on the same or similar claims, and involve the same events or transactions.

Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that the two (2) actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated CIV. NO. S-08-1669 MCE/KJM and the same hereby is, reassigned to Judge Lawrence K. Karlton and Magistrate Judge Gregory G. Hollows for all further proceedings, and any dates currently set in this reassigned case <u>only</u>, including any hearing dates currently set before Judge England, are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as CIV. NO. S-08-1669 LKK/GGH.

//
//

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

DATED: August 6, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT