1  John P. Costello, Esq. (California State Bar No. 161511)
2  Pamela W. Bertani, Esq. (California State Bar No. 182672)
   **COSTELLO LAW CORPORATION**
3  331 J Street, Suite 200
   Sacramento, California 95814
4  Telephone No.: (916) 441-2234; Fax No: (916) 441-4254

5  Glenn W. Peterson, Esq. (California State Bar No. 126173)
   **MILLSTONE, PETERSON & WATTS, LLP**
6  2267 Lava Ridge Court, Suite 210
7  Roseville, CA 95661
   Telephone: (916) 780-8222; Fax No: (916) 780-8775
8  *Attorneys for Plaintiff/Counterdefendant*

9
                    **UNITED STATES DISTRICT COURT**
10
                    **EASTERN DISTRICT OF CALIFORNIA**
11

12  CARMICHAEL LODGE NO. 2103,              ) Case No. 2:07-CV-02665
    BENEVOLENT AND PROTECTIVE ORDER         )
13  OF ELKS OF THE UNITED STATES OF         ) **ORDER GRANTING PLAINTIFF'S**
    AMERICA, a California Corporation,      ) **INITIAL EX PARTE APPLICATION**
14  ,                                       ) **TO EXTEND TIME TO ANSWER**
                                            ) **COUNTERCLAIM; SUPPORTING**
15              Plaintiff,                  ) **DECLARATION**
            vs.                             )
16                                          ) [U.S. District Court, Eastern District
                                            ) California, Local Rule 6-144]
17  RONALD L. LEONARD dba RV TRAVEL         )
    GUIDES, a California Company, and DOES 1)
18  through 50, inclusively,                ) _____
                                            )
19              Defendant.                  )
                                            )
20  RONALD L. LEONARD dba RV TRAVEL         )
    GUIDES, a California Company, and DOES 1)
21  through 50, inclusively,                )
                                            )
22              Counterclaimant,            )
                                            )
23          vs.                             )
                                            )
24                                          )
                                            )
25  CARMICHAEL LODGE NO. 2103,              )
    BENEVOLENT AND PROTECTIVE ORDER         )
26  OF ELKS OF THE UNITED STATES OF         )
    AMERICA, a California Corporation,      )
27                                          )
                Counterdefendant            )
28                                          )



[PROPOSED] ORDER GRANTING PLAINTIFF'S INITIAL EX PARTE APPLICATION TO EXTEND
TIME TO ANSWER COUNTERCLAIM

PDF created with pdfFactory trial version www.pdffactory.com

1  Currently pending before the Court is Plaintiff's Initial Ex Parte Application To Extend Time
2  To Answer Counterclaim and Supporting Declaration.
3  Having considered the papers filed in support of Plaintiff's Initial Ex Parte Application To
4  Extend Time To Answer Counterclaim and for good cause shown, Plaintiff's Initial Ex Parte
5  Application To Extend Time To Answer Counterclaim is hereby GRANTED.  Plaintiff's response to
6  Defendant's pending Counterclaim is now due after disposition of the pending Motion for Remand,
7  which is set for hearing on September 22, 2008 at 10:00 a.m. in Courtroom 4 before the Honorable
8  Lawrence K. Karlton.
9  IT IS SO ORDERED.

11  Dated: September 2, 2008.

        _____
        LAWRENCE K. KARLTON
        SENIOR JUDGE
        UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com