UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARMICHAEL LODGE NO. 2103,
BENEVOLENT AND PROTECTIVE
ORDER OF ELKS OF THE UNITED
STATES OF AMERICA, a
California corporation,

        NO. CIV. S-07-2665 LKK/GGH

    Plaintiff,

  v.

        O R D E R

RONALD L. LEONARD dba RV TRAVEL
GUIDES, a California company,
and DOES 1 through 50,
inclusive,

    Defendants.
_____/

On June 15, 2009, the above-captioned matter came on for hearing on defendant's motion for summary judgment. The court took the matter under submission. Although this case presents many issues, the court has identified one issue that was not adequately addressed in the parties' papers or at oral argument, on which the court seeks supplemental briefing.

This issue is whether the publication of a travel guide

1

directly addressing Elks members is eligible for copyright protection. See Pl.'s Mem. Opp'n to Mot. Summ. J. 17. This decision is separate from the decisions regarding what information to include in such a guide. Accordingly, the court ORDERS each party to file a supplemental brief within fifteen (15) days of the date of this order, addressing (1) whether the publication of a travel guide for Elks may be protected by copyright, and (2) whether the decision to publish an RV travel guide for Elks may also be protected by copyright. These briefs shall be no more than fifteen (15) pages. In addition to the cases already cited by the parties, the court directs the parties' attention to Rice v. Fox Broad. Co., 330 F.3d 1170, 1175 (9th Cir. 2003). This matter will then be deemed submitted.

IT IS SO ORDERED.

DATED: June 22, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT