UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARMICHAEL LODGE NO. 2103,
BENEVOLENT AND PROTECTIVE
ORDER OF ELKS OF THE UNITED
STATES OF AMERICA, a
California corporation,

        NO. CIV. S-07-2665 LKK/GGH

    Plaintiff,

  v.

        O R D E R

RONALD L. LEONARD dba RV TRAVEL
GUIDES, a California company,
and DOES 1 through 50,
inclusive,

    Defendants.
_____/

On June 22, 2009, this court ordered supplemental briefing in the above-captioned matter, instructing the parties to address whether "the publication of a travel guide directly addressing Elks members is eligible for copyright protection." Doc. No. 51. The court directed the parties' attention to <u>Rice v. Fox Broad. Co.</u>, 330 F.3d 1170, 1175 (9th Cir. 2003) "in addition to the cases already cited by the parties."

1

1    The court is in receipt of a letter sent by counsel for
2 defendant asking for clarification as to whether supplemental
3 briefing should address the doctrines of merger and scenes a faire.
4 The court hereby clarifies that the parties' analyses should not
5 be limited to these doctrines if the parties believe that other
6 issues also speak to the question posed.
7    IT IS SO ORDERED.
8    DATED: June 24, 2009.

```
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```

2