UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARMICHAEL LODGE NO. 2103,
BENEVOLENT AND PROTECTIVE
ORDER OF ELKS OF THE UNITED
STATES OF AMERICA, a
California corporation,

NO. CIV. S-07-2665 LKK/GGH

        Plaintiff,

   v.

O R D E R

RONALD L. LEONARD dba RV TRAVEL
GUIDES, a California company,
and DOES 1 through 50,
inclusive,

        Defendants.
_____/

    A pre-trial conference is currently scheduled in the above-captioned matter for September 28, 2009 at 1:30 p.m. Defendant/counterclaimant's motion for summary judgment is currently under submission before this court, and an order will be forthcoming. To ensure that the parties receive this order before preparing for the pre-trial conference, the court hereby CONTINUES the pre-trial conference to October 19, 2009 at 2:30 p.m.  The

1

1  court correspondingly CONTINUES trial to January 20, 2010, at 10:30
2  a.m.
3        IT IS SO ORDERED.
4        DATED:  September 11, 2009.

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT