UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CARMICHAEL LODGE NO. 2103,
BENEVOLENT AND PROTECTIVE
ORDER OF ELKS OF THE UNITED
STATES OF AMERICA, a
California corporation,

        NO. CIV. S-07-2665 LKK/GGH

    Plaintiff,

  v.

        O R D E R

RONALD L. LEONARD dba RV TRAVEL
GUIDES, a California company,
and DOES 1 through 50,
inclusive,

    Defendants.

_____/

    Pursuant to a stipulation of the parties, the court hereby CONTINUES the pre-trial conference and trial in this matter. The pre-trial conference is SET for January 19, 2010 at 3:00 p.m. Trial is SET for April 27, 2010 at 10:30 a.m.

    IT IS SO ORDERED.

    DATED: September 25, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT