UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMICHAEL LODGE NO. 2103, BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE UNITED STATES OF AMERICA, a California Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>RONALD L. LEONARD dba RV TRAVEL GUIDES, a California Company, and DOES 1 through 50, inclusively,<br><br>            Defendants.<br>_____/ | NO. Civ.S-07-2665 LKK/GGH<br><br>**ORDER RE DISPOSAL DOCUMENTS AFTER NOTIFICATION OF SETTLEMENT** |

   Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. The court now orders that the dispositional documents disposing of the case be filed no later than twenty (20) days from the effective date of this order.

   All hearing dates heretofore set in this matter are hereby **VACATED.**

////

1

FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER.

IT IS SO ORDERED.

DATED:  January 13, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2